IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHOIT, CHRISTIN HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE, and LISA MARSHALL, individually, and on behalf of the class and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP,<br><br>*Defendant*. | CLASS & COLLECTIVE ACTION<br><br>C.A. No. 1:22-cv-1634-GBW<br><br>Jury Trial Demanded |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**

WHEREAS on December 26, 2022, Plaintiffs Robert Wilhoit, Christin Hargrove, Giji Mischel Dennard, Julie Magers, Megan Small, Regina Rusgrove, and Lisa Marshall ("Plaintiffs") filed a Complaint in the above-captioned action;

WHEREAS, the parties have conferred and reached agreement as to Defendant AstraZeneca Pharmaceuticals, LP's time to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, through their undersigned counsel and subject to the approval of the Court, that the time for Defendant to move, answer or otherwise respond to the Complaint is extended until March 6, 2023. The grounds for this extension are to allow Defendant additional time to investigate the claims asserted against Defendant and prepare an appropriate response.

Dated: January 4, 2023

| THE NEUBERGER FIRM, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Stephen J. Neuberger* | */s/ Jody C. Barillare* |
| Thomas S. Neuberger, Esq. (#243) | Jody C. Barillare (#5107) |
| Stephen J. Neuberger, Esq. (#4440) | 1201 North Market Street, Suite 2201 |
| 17 Harlech Drive | Wilmington, DE 19801 |
| P.O. Box 4481 | (302) 574-3000 |
| Wilmington, DE 19807 | jody.barillare@morganlewis.com |
| (302) 655-0582 | |
| TSN@NeubergerLaw.com | *Attorney for Defendant AstraZeneca* |
| SJN@NeubergerLaw.com | *Pharmaceuticals, LP* |

*Attorneys for Plaintiffs*

SO ORDERED this _____ day of January, 2023.

_____
Hon. Gregory B. Williams