# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHOIT, CHRISTINA HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE, and LISA MARSHALL, individually, and on behalf of the class and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP,<br><br>*Defendant*. | CLASS & COLLECTIVE ACTION<br><br>C.A. No. 1:22-cv-1634-GBW<br><br>Jury Trial Demanded |

## DEFENDANT'S RENEWED MOTION TO DISMISS COUNT III OF PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant AstraZeneca Pharmaceuticals LP, by and through undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss with prejudice Count III of Plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's opening brief.

Dated: April 24, 2023

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: <u>*/s/ Jody C. Barillare*</u>
Jody C. Barillare (#5107)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
Tel:  302.574.3000
Fax:  302.574.3001
jody.barillare@morganlewis.com

*Attorneys for Defendant AstraZeneca Pharmaceuticals, LP*

2