IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHOIT, CHRISTINA HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE, and LISA MARSHALL, individually, and on behalf of the class and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP,<br><br>Defendant. | CLASS & COLLECTIVE ACTION<br><br>C.A. No. 1:22-cv-1634-GBW |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNT III OF THE FIRST AMENDED COMPLAINT**

This matter is before the Court on Defendant AstraZeneca Pharmaceuticals LP's Motion to Dismiss Counts III and V of the First Amended Complaint.

Upon careful consideration of the Motion and supporting Opening Brief, as well as the Opposition and Reply and all materials and information provided to the Court in these submissions, the Court concludes that the Motion should be **GRANTED**. Count III of Plaintiff's First Amended Complaint is hereby **DISMISSED** in full and **WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____, 2023

_____
HON. GREGORY B. WILLIAMS
United States District Judge