# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHOIT, CHRISTINA HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE, and LISA MARSHALL, individually, and on behalf of the class and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP,<br><br>    Defendant. | C.A. No. 1:22-cv-1634-GBW |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing *Defendant's Opening Brief in Support of Motion to Dismiss Count III of the First Amended Complaint* complies with this Court's Standing Order Regarding Briefing in all Cases. The Answering Brief is prepared in 14-point, Times New Roman font, and the word processing system used to prepare the filing indicates that the brief (excluding the case caption, tables, and signature block) contains 3,755 words.

Dated: April 24, 2023　　　MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574.3000
jody.barillare@morganlewis.com

*Attorneys for Defendant AstraZeneca Pharmaceuticals, LP*