IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILHOIT, CHRISTINA HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE**, and **LISA MARSHALL,** individually, and on behalf of the class and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ASTRAZENECA PHARMACEUTICALS, LP,**<br><br>*Defendant*. | CLASS & COLLECTIVE ACTION<br><br>C.A. No. 1:22-cv-1634-GBW<br><br>***Jury Trial Demanded*** |

**STIPULATION OF EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S RENEWED MOTION TO
DISMISS [ECF NO. 22] AND RENEWED MOTION TO STRIKE [ECF. NO. 25]**

WHEREAS on March 24, 2023, Defendant AstraZeneca Pharmaceuticals, LP ("Defendant") filed a Renewed Motion to Dismiss Count III of Plaintiffs' Amended Complaint (ECF No. 22) ("Motion to Dismiss") and a Renewed Motion to Strike Plaintiffs' Title VII Class and ADEA Collective Action Claims (ECF No. 25) ("Motion to Strike", collectively, "Defendant's Motions") in the above-captioned action;

WHEREAS, the parties have conferred and reached agreement as to Plaintiffs' time to respond to Defendant's Motions, and for Defendant to respond to Plaintiffs' opposition briefings.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, through their undersigned counsel and subject to the approval of the Court, the time for Plaintiffs

to respond to the Motion to Dismiss is extended to May 15, 2023, and Defendant's reply deadline on the same is extended to June 5, 2023.

It is further stipulated and agreed by and between the Plaintiffs and Defendant that Plaintiffs' deadline to respond to the Motion to Strike shall be tolled while the Court considers Plaintiffs' forthcoming Unopposed Motion for Briefing Subject to Local Rule 7.1.3 ("Motion to Submit Full Briefing").  Should the Court grant the Motion to Submit Full Briefing, then the Parties agree that the operative letter brief in support of the Motion to Strike [D.I. 26] shall be mooted and the Motion to Submit Full Briefing will propose a revised briefing schedule.  Should the Court deny that request, then the Parties agree that Plaintiffs shall have two weeks following the date of the Court's order to file an opposition to the currently operative Motion to Strike, and that Defendant will have one week to file a reply.

The grounds for these extensions are to allow Plaintiffs the opportunity to fully address the issues raised in Defendant's Motions, to permit the Court with a period to review Plaintiffs' Motion to Submit Full Briefing, and to allow Defendant an opportunity to fully respond to the issues raised in Plaintiffs' opposition to Defendant's Motions.

(signatures of counsel on following page)

(continued from *Stipulation of Extension of Time to Respond to Defendant's Renewed Motion to Dismiss [ECF No. 22] and Renewed Motion to Strike [ECF. No. 25]* on preceding page)

Dated: April 27, 2023

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
| /s/ Stephen J. Neuberger | /s/ Jody C. Barillare |
| Stephen J. Neuberger, Esq. (#4440)<br>Thomas S. Neuberger, Esq (#243)<br>17 Harlech Drive<br>P.O Box 4481<br>Wilmington, DE 19807<br>(302)-655-0582<br>TSN@NeubergerLaw.com<br>SJN@NeubergerLaw.com | Jody C. Barillare (#5017)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302)-574-3000<br>Jody.barillare@morganlewis.com<br><br>*Attorney for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of April, 2023.

_____
Hon. Gregory B. Williams