IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT WILHOIT, et. al.,** *individually, and on behalf of the class and all others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>**ASTRAZENECA PHARMACEUTICALS, LP**,<br><br>*Defendant.* | CLASS & COLLECTIVE ACTION<br><br>C.A. No.: 1:22-cv-01634-GBW |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### BRIEFING SUBJECT TO LOCAL RULE 7.1.3

WHEREAS Plaintiffs and Defendant AstraZeneca Pharmaceuticals, LP ("Defendant") (collectively hereinafter, the "Parties"), by and through their respective counsel, met and conferred and agree that Defendant's Motion to Strike Title VII Class Claims and ADEA Collective Claims [ECF 25] (the "Motion to Strike") is unlike many motions to strike involving only one or two points in a pleading, and that the Motion to Strike involves significant issues worthy of the Court's careful consideration; and

WHEREAS, because the Motion to Strike is in Plaintiffs' view potentially case dispositive, Plaintiffs submit that, subject to the Court's approval, the issues presented are more appropriately presented by full briefing under the Court's "Case Dispositive Motions" briefing rules (*See Judge Gregory Williams, Rule 16 Scheduling Order – Non-Patent (Jury Trial)*, at ¶ 9) than the Court's letter briefing requirements. *Id.* at ¶ 5; and

1

WHEREAS, although Defendant does not view the Motion to Strike as a dispositive motion under the applicable rules, it nonetheless does not oppose this request and agrees with Plaintiffs that the Motion to Strike is well-suited for full briefing under Local Rule 7.1.3; and

WHEREAS, the Parties agree, subject to the Court's approval, that it would be appropriate for the Court to treat the previously filed letter brief in support of Defendant's Motion to Strike [ECF 26] as being moot, grant Defendant leave to file a supplemental Opening Brief in support of the Motion to Strike, for Plaintiffs to respond, and Defendant to then reply subject to the requirements of Local Rule 7.1.3; and

WHEREAS, the Parties have met and conferred and have reached agreement as to a proposed briefing schedule for the Motion to Strike.

NOW, THEREFORE, Plaintiffs respectfully request, and Defendant does not oppose the request, that the Court enter an order permitting Defendant to file a supplemental Opening Brief in support of the Motion to Strike [ECF 25], for Plaintiffs to respond, and Defendant to then reply subject to Local Rule 7.1.3, and further request that the Court set the following briefing schedule:

(1) <u>Defendant's Opening Brief in support of the Motion to Strike</u>: within 21 days of the Court's order granting this Motion;

(2) <u>Plaintiffs' Answering Brief in Opposition to Defendant's Motion to Strike</u>: within 21 days of Defendant filing and serving the Opening Brief;

(3) <u>Defendant's Reply Brief in Support of Motion to Strike</u>: within 14 days of Plaintiffs' filing and serving the Answering Brief.

The grounds for these proposed extensions are to allow Plaintiffs the opportunity to fully address the issues raised by Defendant, and to allow Defendant an opportunity to fully respond to the issues raised in Plaintiffs' opposition.

To the extent that the Court denies this Motion, Plaintiffs request, and Defendant does not oppose, that Plaintiffs' opposition to the Motion to Strike [ECF 25] be due within 14 days of the Court's order denying this Motion and Defendant's reply be due within 7 days of Plaintiffs' filing and serving the opposition.

Date: May 3, 2023

Respectfully submitted,

THE NEUBERGER FIRM, P.A.

/s/ Stephen J. Neuberger
Stephen J. Neuberger, Esq. (#4440)
Thomas S. Neuberger, Esq (#243)
17 Harlech Drive
P.O Box 4481
Wilmington, DE 19807
(302)-655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

*Attorneys for Plaintiffs*

      SO ORDERED this _____ day of May, 2023.

_____

Hon. Gregory B. Williams