# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHOIT, CHRISTINA HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE, and LISA MARSHALL, individually, and on behalf of the class and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP,<br><br>*Defendant.* | C.A. No. 1:22-cv-1634-GBW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Giji Mischel Dennard, but no other Plaintiff in this action, and Defendant AstraZeneca Pharmaceuticals, LP, by their attorneys as represented below, jointly stipulate to the dismissal of Counts I and II against Defendant, with prejudice. The parties further stipulate that each party shall bear their own attorneys' fees and costs with respect to the aforementioned claims and dismissals.

Dated: December 6, 2024

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Stephen J. Neuberger* | */s/ Jody C. Barillare* |
| Stephen J. Neuberger, Esq. (#4440)<br>Thomas S. Neuberger, Esq. (#243) | Jody C. Barillare (#5107)<br>1201 North Market Street, Suite 2201 |

17 Harlech Drive
P.O. Box 4481
Wilmington, DE 19807
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

*Attorneys for Plaintiffs*

Wilmington, DE 19801
(302) 574-3000
jody.barillare@morganlewis.com

*Attorneys for Defendant AstraZeneca Pharmaceuticals, LP*

**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
HON. GREGORY B. WILLIAMS
United States District Judge