# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHOIT, CHRISTINA HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE, and LISA MARSHALL, individually, and on behalf of the class and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>    *Defendant*. | C.A. No. 1:22-cv-1634-GBW-SRF |

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff Robert Wilhoit and Defendant AstraZeneca Pharmaceuticals LP (the "Parties") jointly file this Notice of Partial Settlement and respectfully show the Court as follows.

The Parties have reached an amicable resolution in this matter as to Plaintiff Wilhoit. Counsel for Plaintiff Wilhoit and Defendant are finalizing the language of the settlement agreement and release and will soon be effectuating its terms. The Parties request the Court retain jurisdiction but remove Plaintiff Robert Wilhoit from this matter, and note that Mr. Wilhoit was scheduled to appear at the October 29, 2025 settlement conference but because of this intervening settlement, Mr. Wilhoit

will no longer appear. Plaintiffs Giji Dennard and Julie Magers claims are still active and those two Plaintiffs will attend the October 29 mediation.

The Parties will file a stipulation of dismissal with prejudice as to Plaintiff Wilhoit within 60 days.

Dated:       October 24, 2025            Respectfully submitted,

THE NEUBERGER FIRM, P.A.           MORGAN, LEWIS & BOCKIUS LLP
*/s/ Stephen Neuberger*              */s/ Jody Barillare*
Stephen J. Neuberger, Esq. (#4440)   Jody C. Barillare (#5017)
Thomas S. Neuberger, Esq (#243)      1201 North Market Street, Suite 2201
17 Harlech Drive                     Wilmington, DE 19801
P.O Box 4481                         (302)-574-3000
Wilmington, DE 19807                 Jody.barillare@morganlewis.com
(302)-655-0582
TSN@NeubergerLaw.com                 *Attorney for Defendant*
SJN@NeubergerLaw.com

*Attorneys for Plaintiffs*

2