# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILHOIT, CHRISTINA HARGROVE, GIJI MISCHEL DENNARD, JULIE MAGERS, MEGAN SMALL, REGINA RUSGROVE, and LISA MARSHALL, individually, and on behalf of the class and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>*Defendant*. | C.A. No. 1:22-cv-1634-GBW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, remaining Plaintiffs Robert Wilhoit, Giji Mischel Dennard, and Julie Magers, and Defendant AstraZeneca Pharmaceuticals LP, by and through their attorneys as represented below, jointly stipulate to the dismissal of this action in its entirety with prejudice. The parties further stipulate that each party shall bear their own attorneys' fees and costs.

Dated: December 1, 2025

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
| /s/ Stephen J. Neuberger | /s/ Jody C. Barillare |
| Stephen J. Neuberger, Esq. (#4440) | Jody C. Barillare (#5107) |
| Thomas S. Neuberger, Esq. (#243) | 1201 North Market Street, Suite 2201 |
| 17 Harlech Drive | Wilmington, DE 19801 |
| P.O. Box 4481 | (302) 574-3000 |
| Wilmington, DE 19807 | jody.barillare@morganlewis.com |
| (302) 655-0582 | |
| TSN@NeubergerLaw.com | |
| SJN@NeubergerLaw.com | |
| | *Attorneys for Defendant AstraZeneca Pharmaceuticals LP* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED.**

Dated: December 2, 2025

_____
HON. GREGORY B. WILLIAMS
United States District Judge